**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| TRACY WILLIAM BARTON, | ) NO. SA CV 15-01424-DMG (AS) |
| Petitioner, | ) **ORDER ACCEPTING FINDINGS,** |
| v. | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| D. PARAMO, Warden, | ) **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections ("Objections"; Docket Entry No. 31) were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation. The Court addresses, however, certain arguments raised in the Objections below.

1    Petitioner's continued attempt to relitigate the dismissal of
2 his earlier federal habeas petition (see Objections at 2-3, 5, 7,
3 9-16), is unavailing. As set forth in the Report and
4 Recommendation, see note 12, Petitioner's arguments are not
5 persuasive or even relevant.

7    Petitioner continues to allege that he is entitled to statutory
8 tolling and/or equitable tolling for (a) the almost four-month gap
9 period between the California Court' denial of Petitioner's
10 California Court of Appeal habeas petition and the filing of
11 Petitioner's first California Supreme Court habeas petition (from
12 January 3, 2012 to May 1, 2012), (b) the more than four-month
13 period between the denial of Petitioner's first California Supreme
14 Court habeas petition and the filing of Petitioner's earlier
15 federal habeas petition (from October 10, 2012 to February 28,
16 2013), (c) the pendency of Petitioner's earlier federal habeas
17 petition (from February 28, 2013 to October 31, 2014), and (d) the
18 pendency of Petitioner's second California Supreme Court habeas
19 petition (from December 11, 2014 to March 25, 2015) (see Objections
20 at 5-9). These arguments were properly considered and rejected
21 (see Report and Recommendation at 11-18).

23    Petitioner contends - for the first time - that he is entitled
24 to statutory tolling for the period during the pendency of his
25 request for a certificate of appealability in the Ninth Circuit
26 Court of Appeals (from December 5, 2014 to July 9, 2015) and/or for

1 the period during the pendency of Petitioner's second California
2 Supreme Court habeas petition and later (from late December 2014
3 through May 9, 2015) (see Objections at 7-9).  Petitioner has
4 failed to cite, and the Court is unaware of, any authority,
5 supporting his contention.

7 **IT IS ORDERED** that Judgment be entered denying and dismissing
8 the Petition with prejudice.

10 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
11 Order, the Magistrate Judge's Report and Recommendation and the
12 Judgment herein on counsel for Petitioner and counsel for
13 Respondent.

15 **LET JUDGMENT BE ENTERED ACCORDINGLY**.

17 DATED: September 26, 2016

                                  _____
                                         DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE