UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | | |
|---|---|---|
| TRACY WILLIAM BARTON, | ) | NO. SA CV 15-01424-DMG (AS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| D. PARAMO, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 26, 2016

                                    /s/ Dolly M. Gee
                                    DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE